Justice ZAPPALA joins in the dissenting opinion.

COMMONWEALTH of Pennsylvania, Respondent,

v.

Reuben STEVENSON, Petitioner.

Supreme Court of Pennsylvania.

Dec. 7, 1998.

William E. Ruane, Asst. Public Defender, Nicholas G. Theodore, Public Defender, for petitioner.

### ORDER

PER CURIAM:

AND NOW, this 7th day of December, 1998, the Petition for Allowance of Appeal is GRANTED, but LIMITED to the following issue:

Whether the packages containing drugs were properly recovered from Petitioner's pants pocket pursuant to the Plain Feel Doctrine.

This matter is to be consolidated for argument with *In the Interest of R. A., a Minor,* —— Pa. ——, 723 A.2d 156.

In the Interest of R.A., a Minor.

Petition of R.A., a Minor.

Supreme Court of Pennsylvania.

Dec. 7, 1998.

Bradley A. Winnick, Asst. Public Defender, George F. Shultz, Public Defender, for petitioner.

### ORDER

PER CURIAM:

AND NOW, this 7th day of December, 1998, the Petition for Allowance of Appeal is GRANTED, limited to the issue of whether the trial court erred by refusing to suppress the physical evidence seized from Petitioner's person because it found that the seizure met the requirements of the plain feel exception to the warrant requirement.

This matter is to be consolidated for argument with *Commonwealth v. Stevenson,* —— Pa. ——, 723 A.2d 156.